# EXHIBIT "A"



# Alpha Marine Surveyors ™

Corporate Office
1330 N.W. 7th Street Miami, Florida  33125
Toll Free - Phone: (866) 812-5742 / Fax: (866) 512-5742
Main Email - MarineSurveys@AlphaMarine.com

Florida • Georgia • South Carolina • North Carolina • Louisiana • Alabama • Texas • Illinois
Philadelphia • New Jersey • California

ESTABLISHED IN 1982

December 1, 2020

To:    John Siracusa
Email:    jsiracusa@jasilaw.com

From:    Rolando R. Santos, Marine Surveyor
Email:    Roland_Santos@Alphamarine.com

Reference:

**EXPERT REPORT**
Our File No.: 1020/010RRS
Case No.: 9:20-cv-80641-WPD
Case: Matthew Lilienthal vs. Aspen American Insurance Company
Claim No.: CM1970045482
Policy No.: ASU00653700
Insured: Matthew Lilienthal
Boat: 2000 64 Queenship Admiralty - M/Y Oasis
Date of Loss: 9/1/2019
Complaint: Hurricane Dorian
Page: 1

**This is to certify that** the undersigned Marine Engineer / Surveyor did at your request investigate this matter to render an opinion as to the:

- Hurricane Plan enacted by the boat owner
- Decisions made by the boat owner to remain in the Bahamas versus leaving and attempting to "Safe Harbor" in Florida

We report our findings as follows:

**EXECUTIVE SUMMARY:**
The undersigned is a Marine Engineer, ex-Unlimited Merchant Mariner, Experienced Offshore Yachtsman and an Accredited Marine Surveyor with certifications in Yacht & Small Craft, Hull & Machinery, Engines, Cargo.

Post Hurricane Dorian we bareboat chartered a boat and ran to this area and witnessed 1st hand the aftermath of Hurricane Dorian. We are also a veteran of many Hurricanes starting with Andrew in 1992 and have actively worked CAT jobs in Florida or been involved in post storm investigations.

Our professional opinion is based on our 1st hand knowledge of what occurred in the Abacos, 1st hand knowledge of the South Florida area, our experience in operating boats offshore Florida and in the Bahamas, details and photographs provided by the boat owner and forecast data presented and summarized in the report prepared by Dr. Branscome.

The boat owner who was at the time harboring his boat at the Leeward Yacht Club located on Green Turtle Cay, Abacos, Bahamas, made a sound decision to remain and secure his boat.

---

*MARINE ENGINEERS - MARINE CONSULTANTS - ACCREDITED MARINE SURVEYORS*
*Members: S.A.M.S. - A.B.Y.C. – S.N.A.M.E. – A.S.N.E. – A.I.M.U. – S.C.M.S.H.Q.*
***www.AlphaMarine.com***

# ALPHA MARINE SURVEYORS

**Our File No.: 1020/010RRS**
**Case No.: 9:20-cv-80641-WPD**
**Case: Matthew Lilienthal vs. Aspen American Insurance Company**
**Claim No.: CM1970045482**
**Policy No.: ASU00653700**
**Insured: Matthew Lilienthal**
**Boat: 2000 64 Queenship Admiralty - M/Y Oasis**
**Date of Loss: 9/1/2019**
**Complaint: Hurricane Dorian**

The Hurricane that hit the Abacos on September 1st 2019 was the strongest recorded to hit the area.

The MY Oasis is a trawler style boat that could operate at 10 to 12 knots but was normally operated closer to 9 knots especially when towing. The boat owner had traveled to the area in May 29th 2019 and remained at the docks at the Leeward yacht Club on a month to month basis using the boat mostly on weekends as a "home".

The boat owner on August 28th 2019 flew to Green Turtle Cay in response to the developing Hurricane Dorian. The boat owner considered the NOAA forecasts for the storm plus other weather apps.

Ultimately after weighing options & risks the boat owner decided to remain and secure the boat at the Leeward Yacht Club.

The boat owner followed the "Hurricane Plan".

Dr. Branscome discusses the path of Hurricane Dorian and the forecasts days before (see attached).

Pictures provided by the boat owner, post Hurricane, show that the boat foundered but that it remained in her berth location. The remaining boats that did not sink, debris field and observations by the boat owner indicate that it is very likely that the MY Oasis was struck by other vessels and debris. The photographs clearly show that where the Ferry was reportedly secured, the floating dock, had broken free and this structure was now at the transom of the MY Oasis along with another boat that was capsized. The Ferry was reportedly found sunk north of this location and the undersigned believes that it was likely closer to the Abaco Boat Services yard sunk in the channel.

We are of the opinion that other boats, structures and debris impacted the MY Oasis causing her to be knocked out of her berth subjecting her to further damages.

The decision to "move" or "remain" was in my professional opinion well thought out by the boat owner. The boat owner considered:

1. Location @ Green Turtle Cay
2. Berthing arrangement at the marina and the condition of the marina
3. Potential haul out options locally
4. Transit time of (2) to (3) days to return back to the United States
5. Forecast information from NOAA and other apps
6. Open water transit from the Abacos to the US with unknown sea states
7. Fuel availability along the trip
8. Safe harbor availability along the trip
9. Vessel assistance availability along the trip
10. Forecast tracks that were shifting south encompassing WPB, Ft. Lauderdale, Miami and the FL Keys
11. Forecasts that were showing the Hurricane increasing in strength going from a Storm to a Hurricane to a Major Hurricane
12. Taking local advice that the current location was considered "Safe Harbor"
13. Taking local advice that Marsh Harbor and the Boat Yard was not a good option due to the storm surge
14. Securing the boat in the alternate berth where the boat was centered and fendered off the dock and secured with many lines and additional fenders as described in the plan

We know from past experience that marinas, yards and locations to safe harbor boats of this size are limited. Fact is that most of these places between West Palm beach and the FL Keys are to capacity and do not have space especially last minute. We are of the opinion that the boat owner would have difficulty arranging & finding suitable location for his boat based on our knowledge and experience with the South Florida area.

2

# ALPHA MARINE SURVEYORS

**Our File No.:** 1020/010RRS
**Case No.:** 9:20-cv-80641-WPD
**Case:** Matthew Lilienthal vs. Aspen American Insurance Company
**Claim No.:** CM1970045482
**Policy No.:** ASU00653700
**Insured:** Matthew Lilienthal
**Boat:** 2000 64 Queenship Admiralty - M/Y Oasis
**Date of Loss:** 9/1/2019
**Complaint:** Hurricane Dorian

**VESSEL PARTICULARS:**
Manuf:  Queen Ship
Model:  64 Admiralty
HIN:    BWD00549K899

**HURRICANE PLAN:**
The boat owner had submitted a "Hurricane Plan" to the insurance company (see attached) that specified details and requested location of where the boat would ride out the storm. Fact is that depending where the boat was located at the time a "Storm" was being forecasted was a major factor in any plan.

The plan mentioned the Palm Beach Yacht Club, Seminole Boat Yard and moving the boat to the nearest protected area and secure mid-channel. Below are the extracts from the written plan:

| | |
|---|---|
| 11. What is the name, address and contact details of the marina or residence where the vessel is kept? | Key to Palm Beach Yacht Club 800 N. Flagler Dr. West Palm Beach, FL 33401 |
| 16. If the vessel is stored ashore please describe how it is secured and what precautions are taken to minimize damage: | In case of very close proximity of a hurricane the vessel will be hauled at Seminole boat yard |
| 20. What are your alternative plans in the event that the above plan becomes unlikely? | Move the boat to the nearest protected Area and secure mid-channel |

We know from past experience that the area of West Palm Beach to include the Seminole Boat Yard and many other marinas, anchorages, channels, etc is very congested and there are wait lists for many of these locations.

A motor yacht of this size would be limited as to where it could be taken due to its length, beam and draft.

**HULL DETAILS:**
L.O.A.  64' 0"
Beam    17' 2"
Draft    5' 5"

The boat owner uses this boat in many locations. The owner states that while in the Florida Keys he secured the boat at a local marina in Marathon, FL and the boat rode out Hurricane Irma.

The Palm Beach Yacht Club is located on the ICW at 800 N. Flagler Dr., West Palm Beach, FL. This location has been subject to damage from previous Hurricanes. The undersigned has worked damage claims to this marina and to the area from previous Hurricanes that were of lesser strength than Dorian.



# ALPHA MARINE SURVEYORS

**Our File No.:** 1020/010RRS
**Case No.:** 9:20-cv-80641-WPD
**Case:** Matthew Lilienthal vs. Aspen American Insurance Company
**Claim No.:** CM1970045482
**Policy No.:** ASU00653700
**Insured:** Matthew Lilienthal
**Boat:** 2000 64 Queenship Admiralty - M/Y Oasis
**Date of Loss:** 9/1/2019
**Complaint:** Hurricane Dorian

Attached below is an aerial photograph of the area:



The location of the Seminole Boat Yard is due north about (11) miles. The photograph shows that the yard and the surrounding marinas are heavily congested. This is not unusual and based on our experience the norm. The aerial photograph shows both the PBYC and the location of the Seminole Boat Yard:

4



## ALPHA MARINE SURVEYORS

**Our File No.:** 1020/010RRS
**Case No.:** 9:20-cv-80641-WPD
**Case:** Matthew Lilienthal vs. Aspen American Insurance Company
**Claim No.:** CM1970045482
**Policy No.:** ASU00653700
**Insured:** Matthew Lilienthal
**Boat:** 2000 64 Queenship Admiralty - M/Y Oasis
**Date of Loss:** 9/1/2019
**Complaint:** Hurricane Dorian



This yard is always crowded and normally has little to no space available. Unless a boat owner pre-pays for Hurricane storage the yard only accepts on a 1st come 1st served basis as long as there is space.



# *ALPHA MARINE SURVEYORS*

**Our File No.:** 1020/010RRS
**Case No.:** 9:20-cv-80641-WPD
**Case:** Matthew Lilienthal vs. Aspen American Insurance Company
**Claim No.:** CM1970045482
**Policy No.:** ASU00653700
**Insured:** Matthew Lilienthal
**Boat:** 2000 64 Queenship Admiralty - M/Y Oasis
**Date of Loss:** 9/1/2019
**Complaint:** Hurricane Dorian



Distance from PBYC to Seminole Boat Yard is about (11) miles. There are a total of (3) bridges to go under from PBYC to the Seminole Boat yard.

The Hurricane plan submitted indicated three possibilities to secure the boat (see attached):

1. Remain at the marina and secure the boat using a minimum of (8) ¾" diameter lines made of nylon – lines are to be doubled pending a named storm

2. Move the boat to the Seminole Boat Yard and have the boat hauled and secured on the hard – Note that this yard is on a 1st come, 1st serve basis and availability to accommodate

3. Move the boat to the nearest protected area and secure mid-channel (if all other options are not available)

The boat owner at the time was harbored in the Bahamas at the Leeward Yacht Club located on the Barrier Island of Green Turtle Cay, Bahamas. This area of the Bahamas is very similar to the east coast of Florida. There is a



*ALPHA MARINE SURVEYORS*

**Our File No.: 1020/010RRS**
**Case No.: 9:20-cv-80641-WPD**
**Case: Matthew Lilienthal vs. Aspen American Insurance Company**
**Claim No.: CM1970045482**
**Policy No.: ASU00653700**
**Insured: Matthew Lilienthal**
**Boat: 2000 64 Queenship Admiralty - M/Y Oasis**
**Date of Loss: 9/1/2019**
**Complaint: Hurricane Dorian**

mainland and there are barrier islands with a shallow water bay area in between. Characteristically very similar to South Florida.

Both areas are:

1. Subject to storm surge
2. Located along the Atlantic Ocean subject to Hurricanes
3. Located along the coast / ocean
4. Land characteristics are similar
5. Marinas are similar in construction
6. Haul out yards are available
7. Congested with marinas and anchorages

Below is an aerial picture of the area post Hurricane Dorian:



Picture showing Grand Bahamas and the Abacos – Green Turtle Cay

Below is an aerial of the Leeward Yacht Club showing the MY Oasis post Hurricane Dorian and some other boats that remained at the same docks:

7



## ALPHA MARINE SURVEYORS

**Our File No.:** 1020/010RRS
**Case No.:** 9:20-cv-80641-WPD
**Case:** Matthew Lilienthal vs. Aspen American Insurance Company
**Claim No.:** CM1970045482
**Policy No.:** ASU00653700
**Insured:** Matthew Lilienthal
**Boat:** 2000 64 Queenship Admiralty - M/Y Oasis
**Date of Loss:** 9/1/2019
**Complaint:** Hurricane Dorian



Red arrow is the MY Oasis – directly to its transom is the floating dock that was originally secured as the arrow shows & white colored rectangle. The ferry was secured at this same floating dock on the inside. The MY Oasis was originally secured stbd side to the main dock before being knocked out of position to where she foundered

The boat owner explained that at these same docks there was a large local Ferry Boat secured at the floating dock next to the Yacht Club House. Post storm the floating dock broke free and the Ferry boat broke free. The aerial photograph shows the floating dock up against the MY Oasis and there is another partially submerged object in the same area that was later shown to be another boat completely capsized at the transom of the MY Oasis.

The Ferry boat was reportedly found sunk and belonged to Green Turtle Ferry. This ferry was reportedly secured at a floating dock next to the club house. The Ferry reportedly sank further north.

We were in attendance for damages at the Abaco Boat Yard located further north from the Leeward Yacht Club and we saw a ferry sunk in the area as we made our approach. We later learned from a local that this was the ferry that operated in the area.

Below are photographs supplied by the boat owner pre & post Hurricane Dorian of the Leewward Yacht Club & the MY Oasis secured stbd side to the main dock. From the photographs the boat owner appears to have had a minimum of (18) lines going from the boat to the dock. large fenders were also deployed:



# ALPHA MARINE SURVEYORS

**Our File No.:** 1020/010RRS
**Case No.:** 9:20-cv-80641-WPD
**Case:** Matthew Lilienthal vs. Aspen American Insurance Company
**Claim No.:** CM1970045482
**Policy No.:** ASU00653700
**Insured:** Matthew Lilienthal
**Boat:** 2000 64 Queenship Admiralty - M/Y Oasis
**Date of Loss:** 9/1/2019
**Complaint:** Hurricane Dorian



MY Oasis is seen in this picture secured on the T-dock on the outside toward the channel. The boat owner circled the spot where the MY Oasis was moved too for Hurricane Dorian. Below are pictures supplied by the boat owner of the MY Oasis secured for the Hurricane on the inside berth port side along the main dock:




9



## ALPHA MARINE SURVEYORS

**Our File No.:** 1020/010RRS
**Case No.:** 9:20-cv-80641-WPD
**Case:** Matthew Lilienthal vs. Aspen American Insurance Company
**Claim No.:** CM1970045482
**Policy No.:** ASU00653700
**Insured:** Matthew Lilienthal
**Boat:** 2000 64 Queenship Admiralty - M/Y Oasis
**Date of Loss:** 9/1/2019
**Complaint:** Hurricane Dorian








## ALPHA MARINE SURVEYORS

**Our File No.:** 1020/010RRS
**Case No.:** 9:20-cv-80641-WPD
**Case:** Matthew Lilienthal vs. Aspen American Insurance Company
**Claim No.:** CM1970045482
**Policy No.:** ASU00653700
**Insured:** Matthew Lilienthal
**Boat:** 2000 64 Queenship Admiralty - M/Y Oasis
**Date of Loss:** 9/1/2019
**Complaint:** Hurricane Dorian

Next series of photographs show the Leeward Yacht Club post Hurricane Dorian and pictures of the MY Oasis at different times during the salvage:



Aerial photograph of the Leeward Yacht Club showing at least (3) boats that survived the storm but were secured on the southside of the docks away from the Ferry & floating dock. MY Oasis can be seen down by the bow foundered after having been knocked out of her berth



11

## ALPHA MARINE SURVEYORS

**Our File No.:** 1020/010RRS
**Case No.:** 9:20-cv-80641-WPD
**Case:** Matthew Lilienthal vs. Aspen American Insurance Company
**Claim No.:** CM1970045482
**Policy No.:** ASU00653700
**Insured:** Matthew Lilienthal
**Boat:** 2000 64 Queenship Admiralty - M/Y Oasis
**Date of Loss:** 9/1/2019
**Complaint:** Hurricane Dorian





MY Oasis with the floating dock and the capsized boat at her transom post Hurricane Dorian

The boat owner had also considered securing the boat on the hard at Marsh Harbor Boat Yard. This was not done due to local advice that the area would be subject to a large storm surge. We can attest that the boat yard did not have one single boat survive the storm due to the storm surge. All of the boats in this yard were knocked off their stands and all sustained heavy damage. Below is a photograph of the Marina post Hurricane taken from Google Maps. Not

## *ALPHA MARINE SURVEYORS*

**Our File No.:** 1020/010RRS
**Case No.:** 9:20-cv-80641-WPD
**Case:** Matthew Lilienthal vs. Aspen American Insurance Company
**Claim No.:** CM1970045482
**Policy No.:** ASU00653700
**Insured:** Matthew Lilienthal
**Boat:** 2000 64 Queenship Admiralty - M/Y Oasis
**Date of Loss:** 9/1/2019
**Complaint:** Hurricane Dorian

one single boat survived and all sustained heavy damage from the high winds and significant storm surge. This area was also heavily pilfered by locals:



**WEATHER FORECAST:**
The boat owner has testified that the trip from the Leeward Yacht Club to West Palm Beach would have taken a minimum of (2) to (3) days with no complications, inclement weather, etc. We can confirm based on our own personal experience that this is accurate.

The normal route would have been a northerly track that originates from Green Turtle Cay, rounds the northern chain of the Abacos, passes West End, Grand Bahama Island and ends after arriving at the WPB inlet to final destination PBYC, Seminole Boat Yard or a Hurricane Hole.

When the boat owner starting looking at the NOAA forecasts they clearly showed that the predictions for path and strength were worsening for South Florida to include the FL Keys and that locally in the Bahamas the forecast was more favorable and/or unchanged.

The report generated by Dr. Branscome discusses these aspects in further detail (see attached)

**OPINION:**
In our opinion the boat owner acted in a prudent manner. The boat owner considered all reasonable options and made the best decision to secure his property and to minimize risk to his person(s) and others. The boat owner

# ALPHA MARINE SURVEYORS

**Our File No.:** 1020/010RRS
**Case No.:** 9:20-cv-80641-WPD
**Case:** Matthew Lilienthal vs. Aspen American Insurance Company
**Claim No.:** CM1970045482
**Policy No.:** ASU00653700
**Insured:** Matthew Lilienthal
**Boat:** 2000 64 Queenship Admiralty - M/Y Oasis
**Date of Loss:** 9/1/2019
**Complaint:** Hurricane Dorian

followed the "Hurricane Plan" and other than the fact that it was enacted in the Bahamas versus the coastal US makes absolutely no difference.

Hurricanes and Tropical Storms are highly unpredictable and the forecasts and final path for Hurricane Dorian is one example of many. History shows that the predicted path & strength can and will change. Decisions are made with a limited window factoring risks.

The boat owner, based on current information, made the proper decision to remain.

The boat owner followed the "Hurricane Plan" as described and made sound decisions. There would have been no difference between South Florida or the Bahamas.

Post storm results show that the MY Oasis had been well secured and we are of the opinion that she would have likely had less damage if "other" vessels had been properly secured around her. Collateral impact damage from improperly secured boats is a well known problem that occurs on every single storm that we have been involved with.

The larger sailboat that was secured in the same marina largely survived the Hurricane and was secured in the same fashion as the MY Oasis. The difference was that this large sailboat was not struck by a large Ferry Boat and a floating dock.

The debris field found around the transom of the MY Oasis appears to consist of a floating dock, capsized boat and/or barge and many sections of dock debris.

The boat owner testified that after he had secured the MY Oasis the large Ferry Boat came into the marina and secured to the floating dock which was to their transom. The boat owner stated that the ferry boat was about 36 to 40' in length with a single diesel engine. Where the ferry boat secured itself blocked the MY Oasis.

Below is a picture of the ferry boat taken from their website:



We are of the opinion that securing the MY Oasis in the Bahamas or the United States would not have made any difference.

The transit from the Abacos, Green Turtle Cay to West Palm Beach is not a near coastal transit. It is an open water / open ocean transit with significant risks. Under normal circumstances this trip can be planned and completed by having the fundamental option of selecting the optimal date & time to complete the transit selecting a favorable weather forecast.

When the boat owner arrived in the Bahamas on Wednesday August 28th 2019 the window to leave or stay was minimal based on a (3) day transit and then determining where to safely secure the boat stateside.

# ALPHA MARINE SURVEYORS

**Our File No.:** 1020/010RRS
**Case No.:** 9:20-cv-80641-WPD
**Case:** Matthew Lilienthal vs. Aspen American Insurance Company
**Claim No.:** CM1970045482
**Policy No.:** ASU00653700
**Insured:** Matthew Lilienthal
**Boat:** 2000 64 Queenship Admiralty - M/Y Oasis
**Date of Loss:** 9/1/2019
**Complaint:** Hurricane Dorian

Trying to run from a Hurricane that was forecasted to be chasing you was not in our opinion an optimal decision. Trying to navigate under the threat of a Hurricane in open water, through an area that was preparing for the Hurricane and with limited resources, safe harbor, etc was not a prudent decision.

If the MY Oasis had suffered any sort of a failure affecting its mechanical, electrical or electronics the boat would have been in an open water transit and subject to little or no assistance with a Major Hurricane approaching.

The boat owner provided a Google Maps route from Green Turtle to WPB. Total transit distance is 200 miles not considering heading to either PBYC or Seminole. Note that the majority of this transit is offshore in open waters:



The route shows that there are no places to take safe harbor, marinas or boat yards. If the MY Oasis had become disabled during this transit with the approaching storm the likely possibility that this boat could have found "Safe Harbor" would have been nil.

This would have placed the occupants of the MY Oasis in peril. This was the strongest hurricane to ever hit the region.

---------------------------------------------------------------------------------------------------------------------------
This report is offered solely as a marine survey and associated work product and for no other purpose. Any opinions, estimates, projections, calculations, or other materials are provided exclusively in the context of a marine survey and any further adjustment, accounting, tax, or other professional services related hereto must be secured from an appropriate professional.

The report is based only on the facts presently available to the surveyor in attendance and is submitted without prejudice to the right of whom it may concern. The right to amend and/or supplement this report should additional information be made available is reserved.

15

## *ALPHA MARINE SURVEYORS*

**Our File No.:** 1020/010RRS
**Case No.:** 9:20-cv-80641-WPD
**Case:** Matthew Lilienthal vs. Aspen American Insurance Company
**Claim No.:** CM1970045482
**Policy No.:** ASU00653700
**Insured:** Matthew Lilienthal
**Boat:** 2000 64 Queenship Admiralty - M/Y Oasis
**Date of Loss:** 9/1/2019
**Complaint:** Hurricane Dorian

Digital photos contained in the body of this report were taken by the attending surveyor(s). We certify that the content of these pictures has not been changed and/or altered.

Respectfully Submitted
**ALPHA MARINE SURVEYORS**

**FOR THE CORPORATION**
Rolando R. Santos, Marine Engineer
Senior Marine Surveyor - Miami Office
SCMSHQ - MCMS
SAMS - AMS #688
Accredited: Yacht & Small Craft, Hull & Machinery, Engine & Cargo
Hull & Machinery Chairperson

16